EUGENE S. CRAFT and RAYMOND E. CRAFT, Copartners, Doing Business under the Firm Name and Style of E. S. CRAFT & SON, Respondents, v. DAVID SAMUELS and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

WALTER J. STOPCZYNSKI, Respondent, v. KINGSTON TAXI CONSOLIDATED, INC., and Another, Appellants.— Judgment unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. POMEROY, Appellant.— Judgment of conviction unanimously affirmed.    Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANK G. CROWDER and Another, Appellants, v. CHARLES F. DOOLEY, JR., Respondent.— Judgment unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

EDWIN D. ALLEN, Respondent,.v. ERASTUS R. HILSINGER, Appellant.— Judgment and order unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

MARY BORONKAY, as Administratrix, etc., of NICHOLAS BORONKAY, Deceased, Respondent, v. ROBINSON & CARPENTER, Appellant.— Judgment and order unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRANCES THOMPSON, an Infant, by CATHERINE MYER, Her Guardian ad Litem, Respondent, v. CLOWRY CHAPMAN, Appellant.— Judgment unanimously affirmed, with costs.    Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BANCO, Appellant.— Judgment of conviction unanimously affirmed.    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN KOPIAC, Appellant.— Judgment of conviction unanimously affirmed.    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

SAYDE S. ALLIGER, Respondent, v. NEWTON I. ALLIGER, Defendant.    ELIZABETH MAZE WILLETTS, Appellant.— Order unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of W. HAROLD MOORE, Respondent, against CONSOLIDATED STEEL PLATE CONSTRUCTION CORPORATION and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of FLORENCE HIDALGO, Respondent, against LOUIS K. LIGGETT COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA BRANDECKER, Respondent, against WHITESTONE WEAVING COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.